## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SHANNON GOBER**                                                    **PETITIONER**
*#24010-001*

**v.**                          **CASE NO. 2:24-CV-00145-BSM**

**CHAD GARRETT**
*Warden, Forrest City Low*                                       **RESPONDENT**

### ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 8] is adopted and Shannon Gober's section 2241 petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 25th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE